IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HERMAN ALVIN TUCKER, JR.,

    Plaintiff,

v.

RYAN EIKER, et al.,

    Defendants.

No. 3:11-CV-1599

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SMYSER)

### ORDER

**NOW** this 23rd day of February, 2012, upon review of Magistrate Judge Smyser's Report and Recommendation (Doc. 10) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 10 is **ADOPTED**.

(2) Defendants Carroll Valley Borough Police Department and Cumberland Township Police Department are **DISMISSED** from the case..

(3) The case shall be recommitted to Magistrate Judge Smyser for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge